UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                          Plaintiff,

v.

KRAIG DAVID GUGIN,

                          Defendant.

Case: 1:21−cr−20176
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 3/12/2021
Description: INFO USA V. SEALED MATTER (NA)

_____

# I N F O R M A T I O N

_____

THE UNITED STATES ATTORNEY CHARGES:

(18 U.S.C. §§ 113(a)(4))
(Assault While Striking/Beating/Wounding)

On or about August 7, 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kraig David Gugin,  a non-Indian, did assault C.S., an Indian and his intimate and dating partner, by striking and beating and wounding her, in violation of 18 U.S.C. § 113(a)(4).

Dated: March 11, 2021

SAIMA M. MOHSIN
Acting United States Attorney

s/Roy R. Kranz
ROY R. KRANZ  (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan  48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

s/Anthony P. Vance
Anthony P. Vance
Assistant U.S. Attorney
Chief, Branch Offices

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT
## <u>FOR KRAIG GUGIN</u>

I, Nick Diedrich, being duly sworn, depose and state:

1.  I am an officer with the Bureau of Indian Affairs and have been a law
    enforcement officer for approximately 12 years. During my career I have been
    involved in numerous investigations concerning assaults. The following is
    based on a statement from witnesses and statements from other law
    enforcement officers and individuals.

2.  The information included in this affidavit is provided for the limited purpose of
    establishing probable cause that Kraig Gugin committed the offenses of Assault
    by Striking/Beating/Wounding on or about August 7, 2020, in violation of 18
    U.S.C. §§ 13, 1151, 1152, and 113(a)(4) and therefore it does not contain all of
    the facts known to me. Additionally, unless otherwise noted, wherever in this
    affidavit I assert that an individual made a statement, that statement is described
    in substance herein and is not intended to be a verbatim recitation of such
    statement.

3.  According to C.S., on or about August 7, 2020, Kraig Gugin assaulted his
    intimate partner, C.S., on the Isabella Reservation in Indian country. During
    that assault, according to C.S. , Gugin tried to rip her bag off of her arm, threw
    her phone into the woods, and strangled her for approximately 8 seconds. C.S.

1

thought Gugin was going to kill her. This assault caused marks on C.S.'s neck

that were observed by a neighbor.

4. Affiant is aware that C.S. is an Indian and Gugin is a non-Indian.

5. Based on the above-described information, there is probable cause to believe

that on or about August 7, 2020, Kraig Gugin committed an assault by

striking/beating/wounding, in violation of 18 U.S.C. § 113(a)(4).

_____
Nick Diedrich
BIA

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
United States Magistrate Judge

March 12, 2021

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>21-cr-20176 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ **Yes**        x **No** | **AUSA's Initials:**   RRK |

**Case Title:** USA v.  Kraig David Gugin

**County where offense occurred:**  Isabella County

**Check One:** __ **Felony**    X **Misdemeanor**    **Petty**

_____Indictment/\_\_X\_\_Information --- **no** prior complaint.
_____Indictment/\_\_\_\_\_Information --- based upon prior complaint []
_____Indictment/\_\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

\_        Corrects errors; no additional charges or defendants.
\_        Involves, for plea purposes, different charges or adds counts.
\_        Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   March 11, 2021

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.